AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

### for the

### District of Utah    [▼]

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
SIXTEEN IDENTIFIED VEHICLES

)
)
)      Case No.    2:25mj1054 CMR
)
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____N.D. Ga., So._____ District of _____N.Y., E.D.N.Y. &M.D.Fla_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

SEE LIST IN ATTACHMENT A.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____12/22/2025_____
                                                                                                    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to _____ .

_____
            *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
        ☐ for _____ days (not to exceed 30)        ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    12/08/2025 11:30 am            *Cecilia M. Romero*
_____            _____
                                                                            *Judge's signature*

City and state:    Salt Lake City, Utah            Hon. CECILIA M. ROMERO, U.S. Magistrate Judge
                                                                            *Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

**Return**

| Case No.:<br><br>2:25mj1054 CMR | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| Inventory made in the presence of: | | |

Inventory of the property taken:

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Print    Save As...    Reset

## ATTACHMENT A

PROPERTY TO BE SEIZED

1) A white 2024 Land Rover Defender 130 S, VIN SALEJFFU7R2305974
2) A black, four door, 2021 Lamborghini Urus sport utility vehicle with VIN ZPBUA1ZLXMLA11179
3) A black 2025 Yamaha model FX1800B-BA (FX cruiser) with hull number US-YAMA0685D525
4) A 2025 Triton model LTWCII-X trailer with VIN  5WFBB1512SD019048
5) A black 2025 Yamaha model FX1800B-BA (FX cruiser) with hull number YAMA1642A525
6) A gray 2025 Yamaha model YFM70RSBSS (Raptor 700) with VIN 5Y4AML6E4SA110972
7) A 2025 Yamaha model YFM45KPSST (Kodiak 450 EPS) with VIN 5Y4AJ78ESA108452
8) A 2025 Yamaha model YFM01RYXSG (Raptor 110) with VIN RF3AE08Y0ST010611
9) A 2024 Yamaha 275SD boat with Hull # US-YAMC0491A424, Registration # FL1659TU
10) A blue diesel 2024 Ford F-350 with VIN 1FT8W3BM2REF67930 purchased for Joseph A Mori
11) A blue diesel 2025 Ford F-450 with VIN 1FT8W4DT6SED31586 with a Triton Vehicle Service Contract purchased for Trusted Transportation Group
12) A black (regular gas) 2025 Ford F-150 with VIN 1FTEW2LPXSKD31779 purchased for Global Office Group, Inc.
13) A white diesel 2025 Ford F-350 with VIN 1FT8W3BM4SED39269 purchased for Trusted Transportation Group
14) A white diesel 2025 Ford F-350 with VIN 1FT8W3DM8SEC70213 purchased for Trusted Transportation Group
15) A white (regular gas) 2025 Ford Transit Van with VIN 1FTBR2CG2SKA70996 purchased for Global Office Group, Inc.
16) A diesel 2025 Ford F-450 with VIN 1FT8W4DT5SEC78167